IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROY TERRELL and**                                                                 **PLAINTIFFS**
**ALLIE TERRELL**

**V.**                                                           **NO. 4:20-CV-167-DMB-DAS**

**REGIONS BANK**                                                       **DEFENDANT**

## ORDER

On January 23, 2023, Regions Bank filed "Regions Bank's Motion to Confirm Arbitration Award and for Entry of Final Judgment in Favor of Regions Bank." Doc. #19. Regions represents that after this Court granted its motion to compel arbitration,[1] it and Roy and Allie Terrell "entered into a procedural agreement for the arbitration to be conducted;" the agreement provides that "the Award issued by the Arbitrator will be final and binding upon all parties hereto and that the Award will be submitted to the United States District Court for the Northern District of Mississippi for entry as final judgment of that Court;" "[t]he parties proceeded with the arbitration process, and the arbitration hearing was ultimately conducted on December 1, 2022;" and "[t]he arbitrator provided his Opinion and Award to the attorneys for the parties on December 19, 2022," in its favor. *Id* at 1, 2. Regions "requests that the Opinion and Award of the arbitrator attached [to the motion] in [its] favor … be entered as the Final Judgment of the Court." *Id.* at 2. Though Regions does not mention whether the Terrells oppose the relief requested, the Terrells did not file a response opposing the motion and the time within which to do so has passed.

Under 9 U.S.C. § 9, "any time within one year after the award is made any party to the arbitration may apply to the court … for an order confirming the award, and thereupon the court

---

[1] Doc. #14.

must grant such an order unless the award is vacated, modified, or corrected." Because Regions' application is timely and there is nothing indicating the arbitration award has been vacated, modified, or corrected, the motion to confirm the arbitration award [19] is **GRANTED**. The arbitrator's Opinion and Award is **CONFIRMED**, the Terrells shall recover nothing from Regions, and each party shall bear one-half (1/2) of the arbitration expense and their own respective costs and expenses, including attorney's fees. A final judgment will be separately issued.

    **SO ORDERED**, this 14th day of February, 2023.

                                            /s/Debra M. Brown  
                                            **UNITED STATES DISTRICT JUDGE**