IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROY TERRELL and**                                                              **PLAINTIFFS**
**ALLIE TERRELL**

**V.**                                                                            **NO. 4:20-CV-167-DMB-DAS**

**REGIONS BANK**                                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order entered this day, judgment is entered in favor of Regions Bank. Each party shall bear one-half (1/2) of the arbitration expense and their own respective costs and expenses, including attorney's fees.

**SO ORDERED**, this 14th day of February, 2023.

                                                                          **/s/Debra M. Brown**
                                                                          **UNITED STATES DISTRICT JUDGE**